UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**O R D E R**

A review of the record indicates that service of the complaint has been made upon the defendants and the time to file responsive pleadings has expired. Accordingly;

IT IS ORDERED that on or before **JANUARY 19, 2022**, plaintiff shall obtain responsive pleadings or a preliminary default on the served defendants. Failure to do so will result in the defendants' **DISMISSAL**, without any further notice, for failure to prosecute.

21-1691   GLENN v. BITCO GENERAL INSURANCE CORPORATION ET AL
(As to: Bitco General Insurance Corporation; Carpenter Logging, LLC; and Patrick McGowan)

21-1745   MUTHANA v. EAN HOLDINGS,LLC
(As to: EAN Holdings, LLC)

21-1759   BECKHAM V. SHAH ET AL
(As to: Ramamahesh Seeni)

New Orleans, Louisiana this 5th day of January 2022

SENIOR UNITED STATES DISTRICT JUDGE

**PLEASE DO NOT CONTACT THE COURT REGARDING THIS ORDER.  ANY RESPONSES TO THIS ORDER SHALL BE FILED INTO THE RECORD.**